INTERNAL USE ONLY: Proceedings include all events.
04-15979 MacDonald v. Kahikolu Ltd.

| | |
|---|---|
| CHRISTOPHER MACDONALD<br>    Plaintiff - Appellant | John R. Hillsman, Esq.<br>415/421-9292<br>[COR LD NTC ret]<br>McGUINN, HILLSMAN & PALEFSKY<br>535 Pacific Avenue<br>San Francisco, CA 94133-4635<br><br>Howard G. McPherson, Esq.<br>808/524-1433<br>Suite 600<br>[COR NTC ret]<br>CRONIN FRIED SEKIYA KEKINA &<br>FAIRBANKS<br>Davies Pacific Center<br>841 Bishop St.<br>Honolulu, HI 96813 |
| v. | |
| KAHIKOLU LTD., dba Frogman<br>Charters<br>    Defendant - Appellee | Richard C. Wootton, Esq.<br>FAX<br>415/438-4600<br>[COR LD NTC ret]<br>COX WOOTTON GRIFFIN HANSEN &<br>POULOS, LLP<br>190 The Embarcadero<br>San Francisco, CA 94105 |