# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00084LEK |
| CASE NAME: | Christopher MacDonald vs. Kahikolu, Ltd., dba Frogman Charters |
| ATTYS FOR PLA: | Howard G. McPherson<br>John R. Hillsman |
| ATTYS FOR DEFT: | Richard C. Wootton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 06/06/2006 | TIME: | 9:35-9:50 |

COURT ACTION:  EP: Trial Resetting Conference held Regarding Issue Remanded from the 9th CCA.

John R. Hillsman and Richard C. Wootton participated by phone.

Plaintiff's Opening Brief is due 9/8/06.
Defendant's Responsive Brief is due 9/29/06.
Optional Reply Brief is due 10/10/06.

Oral Argument set for 9:30 10/27/06 before Magistrate Judge Leslie E. Kobayashi.

Further Settlement Conference set for 2:00 8/9/06 before Magistrate Judge Barry M. Kurren.  Representative of insurance carrier to be physically present at Further Settlement Conference.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager