# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8-9-06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 02-00084LEK

CASE NAME:       Christopher MacDonald v. Kahikolu, Ltd.

ATTYS FOR PLA:   Howard G. McPherson

ATTYS FOR DEFT:  Richard C. Wootton

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 8-9-06 | TIME: | 1:50 - 3:50 |

COURT ACTION:  EP: Further Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn W. Young, courtroom manager