# U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-02-00084-LEK
4-15979

**Short Title:** MacDonald v. Kahikolu Ltd.

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 31 2006
DISTRICT OF HAWAII

**Volumes**

| | | | |
|---|---|---|---|
| Clerk's Records in: | 4 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 3 | | |

Bulky Documents in:  0 Envelopes  0 Expandos  0 Folders  0 Boxes
0 Other

State Lodged Docs in:  0 Envelopes  0 Expandos  0 Folders  0 Boxes
0 Other

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.