# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00084LEK |
| CASE NAME: | Christopher MacDonald vs. Kahikolu, Ltd., dba Frogman Charters |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 09/25/2006 | TIME: | |

COURT ACTION:  EO: Defendant's Request dated 9/22/06 is Granted.

Defendant's Responsive Brief is now due **10/3/06.**
Plaintiff's Optional Reply Brief is now due **10/13/06**.

Cc: All counsel

Submitted by: Warren N. Nakamura, Courtroom Manager