

# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

| | | |
|---|---|---|
| TERENCE S. COX | | MARC T. CEFALU |
| RICHARD C. WOOTTON* | ATTORNEYS AT LAW | LYNN L. KRIEGER |
| MITCHELL S. GRIFFIN | 190 THE EMBARCADERO | LAURA A. SCALES |
| RUPERT P. HANSEN, JR. | SAN FRANCISCO, CALIFORNIA 94105 | MAX LEE KELLEY |
| GREGORY W. POULOS | | GALIN G. LUK |
| FREDERICK J. CARR | TELEPHONE: (415) 438-4600 | CHRISTOPHER S. KIELIGER |
| *ALSO ADMITTED IN HAWAII | FACSIMILE: (415) 438-4601 | |
| | WEBSITE: http://www.cwghp.com | |

September 22, 2006

*[handwritten: Madam — Ok to extension. Thanks]*

**VIA FACSIMILE**

Magistrate Judge Leslie E. Kobayashi
U.S. District Court
District of Hawaii
300 Ala Moana Blvd.
Honolulu, HI 96813
*Facsimile No.: 808-541-1386*

    Re:   **Chris MacDonald v. Kahikolu, LTD**
           **U.S.D.C., Dist. Of Hawaii No.: CV 02 00084 ACK LEK**
           **Our Ref: ISI.MacDonald/1751**

Dear Judge Kobayashi:

    This is to request an extension of time for Defendant Kahikolu, Ltd to file its responsive brief originally due on Friday, September 29, 2006 to *Tuesday, October 3*. Should you grant this request, I have no objection to moving back plaintiff's time to file its optional reply brief.

    Thank you for your consideration of this request.

                                Sincerely,

                                Richard C. Wootton
                                Cox, Wootton, Griffin Hansen & Poulos, LLP

C:    Howard G. McPherson, *Fax: (808) 536-2073*
      John Hillsman, Esq., *Fax: (415) 402-0303*

*CORRESPONDENCE*

# Cox, Wootton, Griffin, Hansen & Poulos, LLP

| | | |
|---|---|---|
| TERENCE S. COX | ATTORNEYS AT LAW | MARC T. CEFALU |
| RICHARD C. WOOTTON* | 190 THE EMBARCADERO | LYNN L. KRIEGER |
| MITCHELL S. GRIFFIN | SAN FRANCISCO, CALIFORNIA 94105 | LAURA A. SCALES |
| RUPERT P. HANSEN, JR. | | MAX LEE KELLEY |
| GREGORY W. POULOS | TELEPHONE: (415) 438-4600 | GALIN G. LUK |
| FREDERICK J. CARR | FACSIMILE: (415) 438-4601 | CHRISTOPHER S. KIELIGER |
| *ALSO ADMITTED IN HAWAII | WEBSITE: http://www.cwghp.com | |

## FAX COVER SHEET
Friday, September 22, 2006 at 3:21:14 PM

**To:** Mag. Judge Leslie E. Kobayashi  USDC, District of Hawaii  (808) 541-1386,1751
**From:** Terri Yee
**Subject:** Request for Extension of Time

**Comments:** Please see the attached letter of today's date.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Re:  Christopher MacDonald v. Kahikolu, LTD
    U.S.D.C., Dist. Of Hawaii No.: CV 02 00084 ACK LEK
    Our Ref: ISI.MacDonald/1751

[X] Fax Transmittal Only
[ ] Original is Being Mailed
[ ] For Review
[ ] Please Reply

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNAUTHORIZED INTERCEPTION OF THIS COMMUNICATION COULD BE A VIOLATION OF FEDERAL LAW. THIS FACSIMILE CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.