# SUBCHAPTER V—MARINE OCCUPATIONAL SAFETY AND HEALTH STANDARDS

## PART 197—GENERAL PROVISIONS

### Subpart A—[Reserved]

### Subpart B—Commercial Diving Operations

#### GENERAL

Sec.
197.200  Purpose of subpart.
197.202  Applicability.
197.204  Definitions.
197.205  Availability of standards.
197.206  Substitutes for required equipment, materials, apparatus, arrangements, procedures, or tests.
197.208  Designation of person-in-charge.
197.210  Designation of diving supervisor.

#### EQUIPMENT

197.300  Applicability.
197.310  Air compressor system.
197.312  Breathing supply hoses.
197.314  First aid and treatment equipment.
197.318  Gages and timekeeping devices.
197.320  Diving ladder and stage.
197.322  Surface-supplied helmets and masks.
197.324  Diver's safety harness.
197.326  Oxygen safety.
197.328  PVHO—General.
197.330  PVHO—Closed bells.
197.332  PVHO—Decompression chambers.
197.334  Open diving bells.
197.336  Pressure piping.
197.338  Compressed gas cylinders.
197.340  Breathing gas supply.
197.342  Buoyancy-changing devices.
197.344  Inflatable flotation devices.
197.346  Diver's equipment.

#### OPERATIONS

197.400  Applicability.
197.402  Responsibilities of the person-in-charge.
197.404  Responsibilities of the diving supervisor.
197.410  Dive procedures.
197.420  Operations manual.

#### SPECIFIC DIVING MODE PROCEDURES

197.430  SCUBA diving.
197.432  Surface-supplied air diving.
197.434  Surface-supplied mixed gas diving.
197.436  Liveboating.

#### PERIODIC TESTS AND INSPECTIONS OF DIVING EQUIPMENT

197.450  Breathing gas tests.
197.452  Oxygen cleaning.
197.454  First aid and treatment equipment.
197.456  Breathing supply hoses.
197.458  Gages and timekeeping devices.
197.460  Diving equipment.
197.462  Pressure vessels and pressure piping.

#### RECORDS

197.480  Logbooks.
197.482  Logbook entries.
197.484  Notice of casualty.
197.486  Written report of casualty.
197.488  Retention of records after casualty.

APPENDIX A—AIR NO-DECOMPRESSION LIMITS

AUTHORITY: 33 U.S.C. 1509; 43 U.S.C. 1333; 46 U.S.C. 3306, 3703, 6101; 49 CFR 1.46.

SOURCE: CGD 76-009, 43 FR 53683, Nov. 16, 1978, unless otherwise noted.

### Subpart A—[Reserved]

### Subpart B—Commerical Diving Operations

#### GENERAL

§ 197.200  Purpose of subpart.

This subpart prescribes rules for the design, construction, and use of equipment, and inspection, operation, and safety and health standards for commercial diving operations taking place from vessels and facilities under Coast Guard jurisdiction.

§ 197.202  Applicability.

(a) This subpart applies to commercial diving operations taking place at any deepwater port or the safety zone thereof as defined in 33 CFR 150; from any artificial island, installation, or other device on the Outer Continental Shelf and the waters adjacent thereto as defined in 33 CFR 147 or otherwise related to activities on the Outer Continental Shelf; and from all vessels required to have a certificate of inspection issued by the Coast Guard including mobile offshore drilling units regardless of their geographic location, or from any vessel connected with a deepwater port or within the deepwater port safety zone, or from any vessel engaged in activities related to the Outer Continental Shelf; except

(d) Slow-opening shut-off valves when the maximum allowable working pressure of the system exceeds 500 psig.

§ 197.312  Breathing supply hoses.

(a) Each breathing supply hose must—
(1) Have a maximum working pressure that is equal to or exceeds—
(i) The maximum working pressure of the section of the breathing supply system in which used; and
(ii) The pressure equivalent of the maximum depth of the dive relative to the supply source plus 100 psig;
(2) Have a bursting pressure of four times its maximum working pressure;
(3) Have connectors that—
(i) Are made of corrosion-resistant material;
(ii) Are resistant to accidental disengagement; and
(iii) Have a maximum working pressure that is at least equal to the maximum working pressure of the hose to which they are attached; and
(4) Resist kinking by—
(i) Being made of kink-resistant materials; or
(ii) Having exterior support.
(b) Each umbilical must—
(1) Meet the requirements of paragraph (a) of this section; and
(2) Be marked from the diver or open bell end in 10-foot intervals to 100 feet and in 50-foot intervals thereafter.

§ 197.314  First aid and treatment equipment.

(a) Each dive location must have—
(1) A medical kit approved by a physician that consists of—
(i) Basic first aid supplies; and
(ii) Any additional supplies necessary to treat minor trauma and illnesses resulting from hyperbaric exposure;
(2) A copy of an American Red Cross Standard First Aid handbook;
(3) A bag-type manual resuscitator with transparent mask and tubing; and
(4) A capability to remove an injured diver from the water.
(b) Each diving installation must have a two-way communications system to obtain emergency assistance except when the vessel or facility ship-to-shore, two-way communications system is readily available.
(c) Each dive location supporting mixed-gas dives, dives deeper than 130 fsw, or dives outside the no-decompression limits must meet the requirements of paragraph (a) of this section and have—
(1) A decompression chamber;
(2) Decompression and treatment tables;
(3) A supply of breathing gases sufficient to treat for decompression sickness;
(4) The medical kit required by paragraph (a)(1) of this section that is—
(i) Capable of being carried into the decompression chamber; and
(ii) Suitable for use under hyperbaric conditions; and
(5) A capability to assist an injured diver into the decompression chamber.

§ 197.318  Gages and timekeeping devices.

(a) A gage indicating diver depth must be at each dive location for surface-supplied dives.
(b) A timekeeping device must be at each dive location.

§ 197.320  Diving ladder and stage.

(a) Each diving ladder must—
(1) Be capable of supporting the weight of at least two divers;
(2) Extend 3 feet below the water surface;
(3) Be firmly in place;
(4) Be available at the dive location for a diver to enter or exit the water unless a diving stage or bell is provided; and
(5) Be—(i) Made of corrosion-resistant material; or
(ii) Protected against and maintained free from injurious corrosion.
(b) Each diving stage must—
(1) Be capable of supporting the weight of at least two divers;
(2) Have an open-grating platform;
(3) Be available for a diver to enter or exit the water from the dive location and for in-water decompression if the diver is—
(i) Wearing a heavy-weight diving outfit; or
(ii) Diving outside the no-decompression limits, except when a bell is provided; and

(5) A closed bell when provided or required by § 197.434(d).

(6) An open bell when provided or required by § 197.432(e)(4) or by § 197.434(c).

(b) A secondary breathing gas supply for surface-supplied diving must be sufficient to support the following:

(1) The diver while returning to the surface.

(2) The diver during decompression.

(3) The standby diver.

(4) The decompression chamber when required by § 197.432(e)(2) or by § 197.434(a) for the duration of the dive and one hour after the completion of the planned dive.

(5) The closed bell while returning the diver to the surface.

(6) The open bell while returning the diver to the surface.

(c) A diver-carried reserve breathing gas supply for surface-supplied diving must be sufficient to allow the diver to—

(1) Reach the surface.

(2) Reach another source of breathing gas; or

(3) Be reached by a standby diver equipped with another source of breathing gas for the diver.

(d) A primary breathing gas supply for SCUBA diving must be sufficient to support the diver for the duration of the planned dive through his return to the dive location or planned pick-up point.

(e) A diver-carried reserve breathing gas supply for SCUBA diving must be sufficient to allow the diver to return to the dive location or planned pick-up point from the greatest depth of the planned dive.

(f) Oxygen used for breathing mixtures must—

(1) Meet the requirements of Federal Specification BB-O-925a; and

(2) Be type 1 (gaseous) grade A or B.

(g) Nitrogen used for breathing mixtures must—

(1) Meet the requirements of Federal Specification BB-N-411c;

(2) Be type 1 (gaseous);

(3) Be class 1 (oil free); and

(4) Be grade A, B, or C.

(h) Helium used for breathing mixtures must be grades A, B, or C produced by the Federal Government, or equivalent.

(i) Compressed air used for breathing mixtures must—

(1) Be 20 to 22 percent oxygen by volume;

(2) Have no objectionable odor; and

(3) Have no more than—

(i) 1,000 parts per million of carbon dioxide;

(ii) 20 parts per million carbon monoxide;

(iii) 5 milligrams per cubic meter of solid and liquid particulates including oil; and

(iv) 25 parts per million of hydrocarbons (includes methane and all other hydrocarbons expressed as methane).

§ 197.342  Buoyancy-changing devices.

(a) A dry suit or other buoyancy-changing device not directly connected to the exhaust valve of the helmet or mask must have an independent exhaust valve.

(b) When used for SCUBA diving, a buoyancy-changing device must have an inflation source separate from the breathing gas supply.

§ 197.344  Inflatable floatation devices.

An inflatable floatation device for SCUBA diving must—

(a) Be capable of maintaining the diver at the surface in a faceup position;

(b) Have a manually activated inflation device;

(c) Have an oral inflation device;

(d) Have an over-pressure relief device; and

(e) Have a manually operated exhaust valve.

§ 197.346  Diver's equipment.

(a) Each diver using SCUBA must have—

(1) Self-contained underwater breathing equipment including—

(i) A primary breathing gas supply with a cylinder pressure gage readable by the diver during the dive; and

(ii) A diver-carried reserve breathing gas supply provided by—

(A) A manual reserve (J valve); or

(B) An independent reserve cylinder connected and ready for use;

(2) A face mask;

402

(b) Each diving operation has a primary breathing gas supply;
(c) Each diver is continuously tended while in the water;
(d) When a diver is in a physically confining space, another diver is stationed at the underwater point of entry and is line-tending the diver;
(e) For dives deeper than 130 fsw or outside the no-decompression limits—
(1) Each diving operation has a secondary breathing gas supply;
(2) A decompression chamber is ready for use at the dive location;
(3) A diving stage is used except when a bell is provided;
(4) A bell is used for dives with an in-water decompression time greater than 120 minutes, except when the diver is using a heavy-weight diving outfit or is diving in a physically confining space;
(5) A separate dive team member tends each diver in the water;
(6) A standby diver is available while a diver is in the water; and
(7) Each diver has a diver-carried reserve breathing gas supply except when using a heavy-weight diving outfit or when diving in a physically confining space; and
(f) The surface-supplied air diver has the equipment required by § 197.346 (b) or (d).

§ 197.434 Surface-supplied mixed-gas diving.

The diving supervisor shall insure that—
(a) When mixed-gas diving is conducted, a decompression chamber or a closed bell meeting the requirements of § 197.332 is ready for use at the dive location;
(b) A diving stage is used except when a bell is provided;
(c) A bell is used for dives deeper than 220 fsw or when the dive involves in-water decompression times greater than 120 minutes, except when the diver is using a heavy-weight diving outfit or is diving in a physically confining space;
(d) A closed bell is used for dives at depths greater than 300 fsw, except when diving is conducted in a physically confining space;
(e) A separate dive team member tends each diver in the water;
(f) A standby diver is available during all nonsaturation dives;
(g) When saturation diving is conducted—
(1) A standby diver is available when the closed bell leaves the dive location until the divers are in saturation; and
(2) A member of the dive team at the dive location is a diver able to assist in the recovery of the closed bell or its occupants, if required;
(h) When closed bell operations are conducted, a diver is available in the closed bell to assist a diver in the water;
(i) When a diver is in a physically confining space, another diver is stationed at the underwater point of entry and is line-tending the diver;
(j) Each diving operation has a primary and secondary breathing gas supply meeting the requirements of § 197.340; and
(k) The surface-supplied mixed-gas diver has the equipment required by § 197.346 (b) or (d).

§ 197.436 Liveboating.

(a) During liveboating operations, the person-in-charge shall insure that—
(1) Diving is not conducted in seas that impede station-keeping ability of the vessel;
(2) Liveboating operations are not conducted—
(i) From 1 hour after sunset to 1 hour before sunrise; or
(ii) During periods of restricted visibility;
(3) The propellers of the vessel are stopped before the diver enters or exits the water; and
(4) A boat is ready to be launched with crew in the event of an emergency.
(b) As used in paragraph (a)(2)(ii) of this section, "restricted visibility" means any condition in which vessel navigational visibility is restricted by fog, mist, falling snow, heavy rainstorms, sandstorms or any other similar causes.
(c) During liveboating operations, the diving supervisor shall insure that—
(1) Diving is not conducted at depths greater than 220 fsw;

logbook in addition to the entries required by this section; and R.S. 4291 (46 U.S.C. 202) prescribes the manner of making those entries.

§ 197.484  Notice of casualty.

(a) In addition to the requirements of Subpart 4.05 of this chapter and 33 CFR 146.01-20, the person-in-charge shall notify the Officer-in-Charge, Marine Inspection, as soon as possible after a diving casualty occurs, if the casualty involves any of the following:
  (1) Loss of life.
  (2) Diving-related injury to any person causing incapacitation for more than 72 hours.
  (3) Diving-related injury to any person requiring hospitalization for more than 24 hours.
(b) The notice required by this section must contain the following:
  (1) Name and official number (if applicable) of the vessel or facility.
  (2) Name of the owner or agent of the vessel or facility.
  (3) Name of the person-in-charge.
  (4) Name of the diving supervisor.
  (5) Description of the casualty including presumed cause.
  (6) Nature and extent of the injury to persons.
(c) The notice required by this section is not required if the written report required by § 197.486 is submitted within 5 days of the casualty.

§ 197.486  Written report of casualty.

The person-in-charge of a vessel or facility for which a notice of casualty was made under § 197.484 shall submit a report to the Officer-in-Charge, Marine Inspection, as soon as possible after the casualty occurs, as follows:
(a) On Form CG-2692, when the diving installation is on a vessel.
(b) Using a written report, in narrative form, when the diving installation is on a facility. The written report must contain the information required by § 197.484.
(c) The report required by this section must be accompanied by a copy of the report required by § 197.410(a)(9) when decompression sickness is involved.
(d) The report required by this section must include information relating to alcohol or drug involvement as required by § 4.05-12 of this chapter.

(The reporting requirement in paragraph (a) was approved by OMB under control number 2115-0003)

[CGD 76-009, 43 FR 53683, Nov. 16, 1978, as amended by CGD 82-023, 47 FR 35748, Aug. 16, 1982; 48 FR 43328, Sept. 23, 1983; CGD 84-099, 52 FR 47536, Dec. 14, 1987]

§ 197.488  Retention of records after casualty.

(a) The owner, agent, or person-in-charge of a vessel or facility for which a report of casualty is made under § 197.484 shall retain all records onboard that are maintained on the vessel or facility and those records required by this subpart for 6 months after the report of a casualty is made or until advised by the Officer-in-Charge, Marine Inspection, that records need not be retained onboard.
(b) The records required by paragraph (a) of this section to be retained on board include, but are not limited to, the following:
  (1) All logbooks required by § 197.480.
  (2) All reports required by § 197.402(a)(2)(ii), § 197.404(a)(4), § 197.410(a)(9).
(c) The owner, agent, person-in-charge, or diving supervisor shall, upon request, make the records described in this section available for examination by any Coast Guard official authorized to investigate the casualty.

APPENDIX A—AIR NO-DECOMPRESSION LIMITS

The following table gives the depth versus bottom time limits for single, no-decompression, air dives made within any 12-hour period. The limit is the maximum bottom time in minutes that a diver can spend at that depth without requiring decompression beyond that provided by a normal ascent rate of 60 fsw per minute. (Although bottom time is concluded when ascent begins, a slower ascent rate would increase the bottom time thereby requiring decompression.) An amount of nitrogen remains in the tissues of a diver after any air dive, regardless of whether the dive was a decompression or no-decompression dive. Whenever another dive is made within a 12-hour period, the nitrogen remaining in the blood and body tissues of the diver must be considered when calculating his decompression.