Service: Get by LEXSTAT®
TOC: Code of Federal Regulations > / . . . / > GENERAL OPERATIONS PROCEDURES > § 1910.420 Safe practices manual.
Citation: 29 cfr 1910.420

*29 CFR 1910.420*

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2006, by Matthew Bender & Company, a member
of the LexisNexis Group. All rights reserved.

*** THIS SECTION IS CURRENT THROUGH THE SEPTEMBER 26, 2006 ISSUE OF ***
*** THE FEDERAL REGISTER ***

TITLE 29 -- LABOR
SUBTITLE B -- REGULATIONS RELATING TO LABOR
CHAPTER XVII -- OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, DEPARTMENT OF LABOR
PART 1910 -- OCCUPATIONAL SAFETY AND HEALTH STANDARDS
SUBPART T -- COMMERCIAL DIVING OPERATIONS
GENERAL OPERATIONS PROCEDURES

### ◆ Go to the CFR Archive Directory

29 CFR 1910.420

§ 1910.420 Safe practices manual.

   (a) General. The employer shall develop and maintain a safe practices manual which shall be made available at the dive location to each dive team member.

(b) Contents. (1) The safe practices manual shall contain a copy of this standard and the employer's policies for implementing the requirements of this standard.

(2) For each diving mode engaged in, the safe practices manual shall include:

(i) Safety procedures and checklists for diving operations;

(ii) Assignments and responsibilities of the dive team members;

(iii) Equipment procedures and checklists; and

(iv) Emergency procedures for fire, equipment failure, adverse environmental conditions, and medical illness and injury.

**HISTORY:**
[42 FR 37668, July 22, 1977, as amended at 49 FR 18295, Apr. 30, 1984]

**AUTHORITY:**
AUTHORITY NOTE APPLICABLE TO ENTIRE SUBPART:
Sections 4, 6, and 8 of the Occupational Safety and Health Act of 1970 (29 U.S.C. 653, 655, and 657); Sec. 107, Contract Work Hours and Safety Standards Act (the Construction Safety Act) (40 U.S.C. 333); Sec. 41, Longshore and Harbor Workers' Compensation Act (33 U.S.C. 941); Secretary of Labor's Order No. 8-76 (41 FR 25059), 9-83 (48 FR 35736), 1-90 (55 FR 9033), 3-2000 (65 FR 50017), or 5-2002 (67 FR 65008) as applicable; 29 CFR part 1911.

**NOTES:**

NOTES APPLICABLE TO ENTIRE SUBTITLE:

CROSS REFERENCES: Railroad Retirement Board: See Employees' Benefits, 20 CFR chapter II.

Social Security Administration: See Employees' Benefits, 20 CFR chapter III.

EDITORIAL NOTE: Other regulations issued by the Department of Labor appear in 20 CFR chapters I, IV, V, VI, VII; 30 CFR chapter I; 41 CFR chapters 50, 60, and 61; and 48 CFR chapter 29.

NOTES APPLICABLE TO ENTIRE CHAPTER:

Railroad Retirement Board, See Employees' Benefits, 20 CFR Chapter II.

Social Security Administration, Department of Health and Human Services:

EDITORIAL NOTE: Other regulations issued by the Department of Labor appear in 20 CFR chapters 1, IV and V, VI, VII; 29 CFR subtitle A, chapters II, IV, V, XXV; 41 CFR chapters 50, 60, and 61. For Standards for a Merit System of Personnel Administration: See 5 CFR part 900.

NOTES APPLICABLE TO ENTIRE PART:

[PUBLISHER'S NOTE: For Federal Register citations concerning Part 1910, Grain Handling Facilities; Standards, see: 52 FR 49592, 49610, 49611, 49622, Dec. 31, 1987; 54 FR 49971, Dec. 4, 1989; 55 FR 50722, Dec. 10, 1990; 55 FR 9033, (1990); 59 FR 15339, Apr. 1, 1994; 68 FR 12301, Mar. 14, 2003.]

[PUBLISHER'S NOTE: For Federal Register citations concerning Part 1910, Notice of availability, see: 70 FR 20807, Apr. 22, 2005.]

119 words

Service: **Get by LEXSTAT®**
TOC: Code of Federal Regulations  > / . . . /  > GENERAL OPERATIONS PROCEDURES  > **§ 1910.420 Safe practices manual.**
Citation: **29 cfr 1910.420**
View: Full
Date/Time: Monday, October 2, 2006 - 1:30 PM EDT

 LexisNexis®

About LexisNexis  | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.