Service: Get by LEXSTAT®
TOC: Code of Federal Regulations > /.../ > OPERATIONS > § 197.420 Operations manual.
Citation: 46 cfr 197.420

46 CFR 197.420

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright (c) 2006, by Matthew Bender & Company, a member
of the LexisNexis Group. All rights reserved.

\*\*\* THIS SECTION IS CURRENT THROUGH THE SEPTEMBER 26, 2006 ISSUE OF \*\*\*
\*\*\* THE FEDERAL REGISTER \*\*\*

TITLE 46 -- SHIPPING
CHAPTER I -- COAST GUARD, DEPARTMENT OF HOMELAND SECURITY
SUBCHAPTER V -- MARINE OCCUPATIONAL SAFETY AND HEALTH STANDARDS
PART 197 -- GENERAL PROVISIONS
SUBPART B -- COMMERICAL DIVING OPERATIONS
OPERATIONS

♦ **Go to the CFR Archive Directory**

46 CFR 197.420

§ 197.420 Operations manual.

 (a) The diving supervisor shall--

(1) Provide an operations manual to the person-in-charge prior to commencement of any diving operation; and

(2) Make an operations manual available at the dive location to all members of the dive team.

(b) The operations manual must be modified in writing when adaptation is required because of--

(1) The configuration or operation of the vessel or facility; or

(2) The specific diving operation as planned.

(c) The operations manual must provide for the safety and health of the divers.

(d) The operations manual must contain the following:

(1) Safety procedures and checklists for each diving mode used.

(2) Assignments and responsibilities of each dive team member for each diving mode used.

(3) Equipment procedures and checklists for each diving mode used.

(4) Emergency procedures for--

(i) Fire;

(ii) Equipment failure;

(iii) Adverse environmental conditions including, but not limited to, weather and sea state;

(iv) Medical illness; and

(v) Treatment of injury.

(5) Procedures dealing with the use of--

(i) Hand-held power tools;

(ii) Welding and burning equipment; and

(iii) Explosives.

**HISTORY:**
CGD 76-009, 43 FR 53683, Nov. 16, 1978.

**AUTHORITY:**
AUTHORITY NOTE APPLICABLE TO ENTIRE PART:
33 U.S.C. 1509; 43 U.S.C. 1333; 46 U.S.C. 3306, 3703, 6101; Department of Homeland Security Delegation No. 0170.1.

**NOTES:**
NOTES APPLICABLE TO ENTIRE CHAPTER:
[PUBLISHER'S NOTE: Nomenclature changes affecting Chapter I appear at 70 FR 75731, 75734, Dec. 21, 2005.]

200 words

Service: **Get by LEXSTAT®**
TOC: Code of Federal Regulations > /.../ > OPERATIONS > **§ 197.420 Operations manual.**
Citation: **46 cfr 197.420**
View: Full
Date/Time: Monday, October 2, 2006 - 1:30 PM EDT

 **LexisNexis®**  About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

## PROOF OF SERVICE

Case:      Christopher MacDonald v. Kahikolu, Ltd dba Frogman Charters

Case No.:  USDC, District of Hawaii No.: CV 02-00084 LEK

I am employed in the City and County of San Francisco by the law firm of COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP, 190 The Embarcadero, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

On October 2, 2006, I served the attached document(s):

### DEFENDANT'S POST-REMAND OPPOSITION BRIEF

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except facsimile transmission(s)), addressed as shown below, for service as designated below:

**(A)** <u>By First Class Mail</u>: I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee on the date indicated.

**(B)** <u>By Personal Service</u>: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

**(C)** <u>By Messenger Service</u>: I caused each such envelope to be delivered to a courier employed by FIRST LEGAL SUPPORT SERVICES, with whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

**(D)** <u>By Federal Express</u>: I caused each such envelope to be delivered to Federal Express Corporation at San Francisco, California, with whom we have a direct billing account, to be delivered to the addressee(s) on the next business day. I deposited each such envelope/package at the 180 Steuart Street location of Federal Express Corporation.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

ISLMacDonald

Case No.: CV 02-00084 LEK

(E)  <u>By Facsimile:</u>   I caused such document to be served via facsimile electronic equipment transmission (fax) on the party(ies) in this action by transmitting a true copy to the following fax numbers:

| SERVICE | ADDRESSEE | PARTY REPRESENTED |
|---|---|---|
| D | Howard G. McPherson<br>Cronin Fried Sekiya Kekina & Fairbanks<br>600 Davies Pacific Center<br>841 Bishop St., Ste. 600<br>Honolulu, HI 96813<br>Tel: (808) 524-1433<br>Fax: (808) 536-2073 | Attorney for Plaintiff Christopher MacDonald |
| D | John R. Hillsman<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Ave.<br>San Francisco, CA 94133<br>Tel: (415) 421-9292<br>Fax: (415) 403-0202 | Co-Counsel for Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed this October 2, 2006, at San Francisco, California.

Richard C. Wootton

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IS\MacDonald