# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

190 The Embarcadero
San Francisco, CA 94105
Telephone: (415) 438-4600
Facsimile: (415) 438-4601

## MEMORANDUM
*VIA FEDERAL EXPRESS*

**RECEIVED**
CLERK U.S. DISTRICT COURT
OCT 0 3 2006
DISTRICT OF HAWAII

**TO:** Clerk of the Court
USDC, District of Hawaii
300 Ala Moana Blvd.
Honolulu, HI 96813

**FROM:** Terri M. Yee, Legal Secretary to Richard C. Wootton

**Re:** *Christopher MacDonald v. Kahikolu, LTD*
USDC, District of Hawaii No: CV 02-00084 ACK LEK
Our File No.: ISI.MacDonald/1751

**DATE:** October 2, 2006

---

Enclosed is the original and three copies of the **Defendant Kahikolu, Ltd.'s Post-Remand Opposition Brief** for the above referenced case:

We would appreciate it if you would please file this document with the Court and return a file-endorsed copy in the envelope provided for your convenience.

Thank you for your prompt attention to this matter. We look forward to receipt of the file-endorsed copy. Please feel free to call if you have any questions.