# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00084LEK |
| CASE NAME: | Christopher MacDonald vs. Kahikolu, Ltd., dba Frogman Charters |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 10/10/2006 | TIME: | |

COURT ACTION:  EO: Plaintiff's Optional Reply Brief previously due 10/13/06 is now due **10/17/06**.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager