UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 05 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER MACDONALD,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>KAHIKOLU LTD., dba Frogman Charters,<br><br>Defendant - Appellee. | No. 04-15979<br><br>D.C. No. CV-02-00084-LEK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: ALARCON and McKEOWN, Circuit Judges, and HOLLAND,* District Judge.

Appellee's petition for panel rehearing is DENIED.

---

*The Honorable H. Russel Holland, Senior United States District Judge for the District of Alaska, sitting by designation.

EXHIBIT C