IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER MacDONALD, | ) CIVIL NO. 02-00084 LEK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| vs. | |
| KAHIKOLU, LTD., dba Frogman Charters, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on this date by means of facsimile and U. S. Mail, first class postage prepaid, to the following:

>RICHARD WOOTTON, ESQ.
>Cox, Wootton, Griffin, Hansen & Poulos, LLP
>190 The Embarcadero
>San Francisco, California  94105
>
>Attorney for Defendant
>KAHIKOLU, LTD., dba Frogman Charters

DATED:  Honolulu, Hawaii, October 17, 2006.

>PATRICK F. McTERNAN
>HOWARD G. McPHERSON
>JOHN R. HILLSMAN
>Attorneys for Plaintiff