# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00084LEK |
| CASE NAME: | Christopher MacDonald vs. Kahikolu, Ltd., dba Frogman Charters |
| ATTYS FOR PLA: | Howard G. McPherson |
| ATTYS FOR DEFT: | Richard C. Wootton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Cynthia Fazio |
| DATE: | 10/27/2006 | TIME: | 9:35-10:37 |

COURT ACTION:   EP: Oral Argument held on issues remanded from the 9th CCA. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager