**ORIGINAL**

Of Counsel:

CRONIN, FRIED, SEKIYA,
 KEKINA & FAIRBANKS

PATRICK F. McTERNAN      4269-0
HOWARD G. McPHERSON      5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail:    cfskf@croninfried.com

MCGUINN, HILLSMAN & PALEFSKY

JOHN R. HILLSMAN (*Pro Hac Vice*)
535 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 10 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER MacDONALD, | ) CIVIL NO. 02-00084 LEK |
|  | ) |
| Plaintiff, | ) PLAINTIFF'S RESPONSE TO |
|  | ) DEFENDANT KAHIKOLU, LTD., DBA |
| vs. | ) FROGMAN CHARTERS' PROPOSED |
|  | ) FINDINGS OF FACT, CONCLUSIONS |
| KAHIKOLU, LTD., dba Frogman | ) OF LAW AND ORDER AFTER |
| Charters, | ) REMAND, FILED NOVEMBER 29, |
|  | ) 2007; EXHIBIT "A"; CERTIFICATE OF |
| Defendant. | ) SERVICE |
|  | ) |

<u>PLAINTIFF'S RESPONSE TO DEFENDANT KAHIKOLU, LTD., DBA
FROGMAN CHARTERS' PROPOSED FINDINGS OF FACT, CONCLUSIONS
OF LAW AND ORDER AFTER REMAND, FILED NOVEMBER 29, 2007</u>

Pursuant to the Court's letter of September 19, 2007 (attached hereto for convenient reference as Exhibit A), Plaintiff Christopher MacDonald hereby responds to Defendant Kahikolu, Ltd.'s Proposed Findings of Fact, Conclusions of Law and Order After Remand (hereinafter Proposed "FOFCOL").

Mr. MacDonald does not object to the form of the Proposed FOFCOL, and does offer any alternative language going to the form.

He does however respectfully disagree with the decision and therefore hereby preserves all objections and rights with respect to substance.

DATED: Honolulu, Hawaii, December 10, 2007.

Respectfully submitted,

/s/ Patrick F. McTernan
PATRICK F. McTERNAN
HOWARD G. McPHERSON
JOHN R. HILLSMAN
Attorneys for Plaintiff