**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAI'I
300 ALA MOANA BLVD. RM C-353
HONOLULU, HAWAII 96850

LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE

TELEPHONE: (808) 541-1331
FAX: (808) 541-1386

September 19, 2007

✓Howard McPherson, Esq.
Cronin Fried Sekiya Kekina
  Fairbanks
841 Bishop Street
Suite 600
Honolulu, HI  96813

Richard Wootton, Esq.
Cox Wootton Griffin Hansen
  & Poulos
190 The Embarcadero
San Francisco, CA  94105

Re:  Christopher MacDonald v. Kahikolu, Ltd.
     CV. NO. 02-00084 LEK

Dear Mr. McPherson and Mr. Wooten:

Thank you for your letter and offer to have counsel draft the Findings of Fact and Conclusions of Law ("FOFCOL") in the above matter.  I would be greatly appreciative if Mr. Wooten would draft the FOFCOL, and Mr. McPherson can then file his objections and/or alternative language thereafter.

The court finds that the lack of a dive manual did not cause the injury sustained by the plaintiff.  Further, the court declines to apply the Pennyslvania Rule in this matter.

Your assistance and patience is most appreciated.

Very truly yours,

*[signature]*
Leslie E. Kobayashi
United States Magistrate Judge

LEK:sq

EXHIBIT A