IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHRISTOPHER MacDONALD, | ) | CIVIL NO. 02-00084 LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KAHIKOLU, LTD., dba Frogman | ) | |
| Charters, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on this date by means of facsimile and U. S. Mail, first class postage prepaid, to the following:

RICHARD WOOTTON, ESQ.
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero
San Francisco, California 94105

Attorney for Defendant
KAHIKOLU, LTD., dba Frogman Charters

DATED: Honolulu, Hawaii, December 10, 2007.


PATRICK F. McTERNAN
HOWARD G. McPHERSON
JOHN R. HILLSMAN
Attorneys for Plaintiff