AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER MACDONALD | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 02-00084 LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| KAHIKOLU, LTD., dba Frogman Charters | December 21, 2007<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Defendant and against Plaintiff pursuant to the, "FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER AFTER REMAND", by the Honorable Leslie E. Kobayashi, U.S. Magistrate Judge, and filed on, December 21, 2007.

cc: All counsel

| | |
|---|---|
| _____December 21, 2007_____ | _____SUE BEITIA_____ |
| Date | Clerk |
| | _____/s/Gary Santos_____ |
| | (By) Deputy Clerk |