*PAID - not enough copies*
*cc: [illegible]*

ORIGINAL

Of Counsel:

HOWARD G. McPHERSON   HSB# 5582
CRONIN, FRIED, SEKIYA, KEKINA
   & FAIRBANKS
841 Bishop Street, Suite 600
Honolulu, HI  96813
Telephone:   (808) 524-1433
Facsimile:    (808) 536-2073

McGUINN, HILLSMAN & PALEFSKY
JOHN R. HILLSMAN (*Pro Hac Vice*)
535 Pacific Avenue
San Francisco, California 94133
Telephone:   (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 22 2008
at __ o'clock and __ min. __M.
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER MacDONALD, | ) CIVIL NO. 02-00084 LEK |
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S NOTICE** |
| | ) **OF APPEAL** |
| KAHIKOLU, LTD. dba Frogman Charters, | ) FRAP 4 |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that Plaintiff CHRISTOPHER MacDONALD hereby appeals to the United States Court of Appeals for the Ninth Judicial Circuit from the January 7, 2008 Amended Judgment of the District Court for the District of Hawaii entered in favor of Defendant and against Plaintiff pursuant to the

Amended Findings of Fact, Conclusions of Law, and Order After Remand by the Honorable Leslie E. Kobayashi, U.S. Magistrate Judge.

Pursuant to FRAP 3 and this Court's instructions, Plaintiff has attached the January 7, 2008 Amended Judgment as EXHIBIT A hereto.

Dated:   January 18, 2008          HOWARD G. McPHERSON
                                   CRONIN, FRIED, SEKIYA, KEKINA
                                   & FAIRBANKS

                                   McGUINN, HILLSMAN & PALEFSKY
                                   Attorneys for Plaintiff

                                   By: _____
                                        JOHN R. HILLSMAN