AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER MACDONALD<br><br>Plaintiff(s),<br><br>V.<br><br>KAHIKOLU, LTD., dba Frogman Charters<br><br>Defendant(s). | **AMENDED** JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL NO. 02-00084 LEK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 7, 2008<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Defendant and against Plaintiff pursuant to the "**AMENDED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER AFTER REMAND**", by the Honorable Leslie E. Kobayashi, U.S. Magistrate Judge, and filed on December 26, 2007.

cc: All Counsel

| January 7, 2008 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |

EXHIBIT     A