## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing shall be duly served by U.S. Mail as follows on January 18, 2008.

RICHARD WOOTTON, ESQ.
Cox Wootton Griffin, Hanson & Poulos
190 The Embarcadero
San Francisco, California  94105
Fax No.  (415) 438-4601

Attorneys for Defendant
KAHIKOLU, LTD. dba Frogman Charters

DATED:   San Francisco, California, January 11, 2008

JOHN R. HILLSMAN
HOWARD G. McPHERSON
Attorneys for Plaintiff