# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt  242310

Trans  149348

Received From:   MCGUINN, HILLSMAN & PALEFSKY
Case Number:
Reference Number:   CV02-00084LEK

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | Total | | 455.00 |
|  | Tend | | 455.00 |
|  | Due | | 0.00 |

01/22/2008 01:20:05 PM        Deputy Clerk: ag/