# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** CHRISTOPHER MACDONALD vs. KAHIKOLU, LTD., ET AL.,

**U.S. COURT OF APPEALS DOCKET NUMBER:**_____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 02-00084LEK

II **DATE NOTICE OF APPEAL FILED:** January 22, 2008

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 01/22/08        **AMOUNT:**   $455.00

**NOT PAID YET:**                        **BILLED:**

**U.S. GOVERNMENT APPEAL:**              **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**        **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**        **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 1, 2008

To All Counsel of Record as Appellees:

    IN RE:    CHRISTOPHER MACDONALD vs. KAHIKOLU, LTD., ET AL.,

                CIVIL NO. 02-00084LEK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on January 22, 2008.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                          Sincerely Yours,
                                          SUE BEITIA, CLERK

                                          by: Laila M. Geronimo
                                              Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
       CHRISTOPHER MACDONALD (attorney for appellant)
           w/copy of instructions for civil appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet; CADS