UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FEB 0 4 2008

DOCKET FEE PAYMENT NOTIFICATION FORM

FILED _____
DOCKETED _____
                DATE    INITIAL

I.   SHORT CASE TITLE:   CHRISTOPHER MACDONALD vs. KAHIKOLU, LTD., ET AL.,

     U.S. COURT OF APPEALS DOCKET NUMBER: 08-15239

     U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

     U.S. DISTRICT COURT DOCKET NUMBER:   CIVIL NO. 02-00084LEK

RECEIVED
CLERK U.S. DISTRICT COURT

II   DATE NOTICE OF APPEAL FILED:   January 22, 2008

FEB 08 2008

DISTRICT OF HAWAII

III  U.S. COURT OF APPEALS PAYMENT STATUS:

     DOCKET FEE PAID ON: 01/22/08        AMOUNT:   $455.00
     NOT PAID YET:                       BILLED:
     U.S. GOVERNMENT APPEAL:             FEE WAIVED:
     WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
     IF YES, SHOW DATE:          & ATTACH COPY OF ORDER/CJA
     WAS F.P. STATUS REVOKED:    DATE:
     WAS F.P. STATUS LIMITED IN SOME FASHION?
     IF YES, EXPLAIN:

IV   COMPANION CASES, IF ANY:

V    COMPLETED IN THE U.S. DISTRICT COURT BY:

     Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)