IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-15239__   U.S. District Court Case No. __CV-02-00084-LEK__

Short Case Title __MacDonald v. Kahikolu, Ltd.__

Date Notice of Appeal Filed by Clerk of District Court __January 22, 2008__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

(x) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____ Estimated date for completion of transcript _____

Print Name of Attorney __John R. Hillsman__   Phone Number __(415) 421-9292__

Signature of Attorney _____

Address __535 Pacific Avenue, San Francisco, CA 94133__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
   (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__   __7/14/08__   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing shall be duly served by U.S. Mail and/or facsimile as follows on February 8, 2008:

RICHARD WOOTTON, ESQ.
Cox Wootton Griffin, Hanson & Poulos
190 The Embarcadero
San Francisco, California 94105
Fax No. (415) 438-4601

Attorneys for Defendant
KAHIKOLU, LTD. dba Frogman Charters

DATED:  San Francisco, California,    February 8, 2008



JOHN R. HILLSMAN
HOWARD G. McPHERSON
Attorneys for Plaintiff/Appellant